GILBERTSON, Chief Justice
(concurring in result).
[¶ 18.] I join in the opinion of the Court except for its declaration that a municipality in South Dakota has the legal authority, by ordinance, to create an objective expectation in the privacy of one’s trash. Under *349 the South Dakota Constitution, it would appear to me that the power to take such action rests solely with the South Dakota Legislature.
[¶ 19.] Article IX, section 1 of the South Dakota Constitution vests plenary power over municipal corporations with the Legislature. Both prior to and immediately following the adoption of this provision, it was recognized that a municipal corporation only possessed those powers expressly granted to it by the Legislature, those powers that are fairly implied or incidental thereto and those powers essential to the declared objects and purposes of being a municipal corporation, “not simply convenient, but indispensable.” Treadway v. Schnauber, 1 Dak 236, 46 N.W. 464, 464 (1876); see also City of Sioux Falls v. Kirby, 6 S.D. 62, 62, 60 N.W. 156, 157 (1894) (citation omitted). This continues to be the law in this State. Donovan v. City of Deadwood, 538 N.W.2d 790, 792 (S.D.1995). “Counties, like cities, lack inherent authority and derive their power from the legislature.” Pennington County v. State ex rel Unified Judicial System, 2002 SD 31, ¶10, 641 N.W.2d 127, 131 (citing City of Marion v. Schoenwald, 2001 SD 95, ¶ 6, 631 N.W.2d 213, 216; Welsh v. Centerville Township, 1999 SD 73, ¶ 10, 595 N.W.2d 622, 625; Donovan, 538 N.W.2d at 792 (citations omitted)).
ll 20.] The authority granted by the Legislature to municipalities over garbage is contained in SDCL 9-32-10[2] and SDCL 9-32-11.[3] A review of these statutes shows no granting of authority to a municipality to place with its citizens an objective expectation of privacy in one’s trash when it has been put on the curb for city collection. To the contrary, it appears that the responsibility, and thus control over the garbage, by mandate, is placed on the municipality once the garbage is in the municipality’s possession. See SDCL 34A-6-1.9.[4]
[¶ 21.] According to the South Dakota Secretary of State, there are approximately 309 municipalities in this State. See generally 2005 South Dakota Legislative Manual, 605-14. Thus, under the theory of the circuit court and this Court, each of these 309 municipalities can deny, create in part or in total, some type of objective expectation of privacy in one’s trash. Given that drugs are a state-wide problem and the response in part is on a state-wide basis, I do not think the Legislature intended for law enforcement to research each municipality’s ordinances on garbage before commencing a trash inspection for illegal drugs. The Legislature did not intend trash to be objectively protected from search by law enforcement in Pierre while potentially not so protected across the bridge in Ft. Pierre.
*350 [¶ 22.] California v. Greenwood, 486 U.S. 35, 108 S.Ct. 1625, 100 L.Ed.2d 30 (1988) and State v. Schwartz, 2004 SD 123, 689 N.W.2d 430 set the constitutional parameters for police inspection of a person’s garbage placed on the curb for collection. In South Dakota, the Legislature has not authorized municipalities to intercede.
[¶ 23.] For the above reasons, I respectfully concur in result.

. SDCL 9-32-10 states:
Every municipality shall have power to regulate and prevent the placing of ashes, dirt, garbage, or any offensive matter in any street or public ground or in any body or stream of water, within the municipality.

. SDCL 9-32-11 states:
Every municipality shall have power to collect and dispose of and regulate the manner of handling of garbage and other waste material and for such purpose to acquire, establish, maintain, operate, and regulate equipment and garbage disposal plants, bicinerators, and dumping grounds and to fix and collect charges for such services, and to contract with one or more persons for the collection and hauling of garbage and other waste material from the municipality or districts established therein.

.SDCL 34A-6-1.9 states:
Any nation, state, or first or second class municipality, county or political subdivision which has solid waste generated within its boundaries disposed of in this state shall be responsible in perpetuity for the solid waste and liable in perpetuity for any pollution or other deleterious effect caused by it.